

**Entered on Docket**
**October 15, 2010**

_____

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE

2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV 89101

3 | (702) 853-0700

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

4 |

5 | **IN RE:**
**NICANDRO LARA**

6 |

7 | **Debtor**

8 | **PRO SE DEBTOR**
**Attorney for Debtor**

Chapter 13
BKS-10-26138-MKN

Hearing Date: N/A
Hearing Time: N/A

9 | **EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

10 |

11 | As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

12 | forty-five (45) day period, which expired on October 10, 2010.

13 | . . .

14 | . . .

15 | . . .

16 |

17 |

18 |

19 |

20 |

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt

8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: October 13, 2010

9  (tsw)

10

11

12

13

14

15

16

17

18

19

20